1 | Bret A. Stone    SBN 190161    bstone@paladinlaw.com
  | John R. Till    SBN 178763    jtill@paladinlaw.com
2 | Brian R. Paget  SBN 168694    bpaget@paladinlaw.com
  | Paladin Law Group® LLP
3 | 1176 Boulevard Way
  | Walnut Creek, CA 94595
4 | Telephone: (925) 947-5700
  | Facsimile:  (925) 935-8488

Counsel for Plaintiffs Richard E. Haskins, Arthur L. Haskins, and the Estate of Arthur "Buzz" Haskins, Jr., Deceased

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO/OAKLAND DIVISION)

| | |
|---|---|
| RICHARD E. HASKINS, as an individual and as trustee of the San Bruno Channel Remediation Trust; ARTHUR L. HASKINS, as an individual; and ESTATE OF ARTHUR "BUZZ" HASKINS, JR., DECEASED, a deceased individual, by and through his successors in interest, Richard E. Haskins and Arthur L. Haskins,<br><br>Plaintiffs,<br><br>v.<br><br>EMPLOYERS INSURANCE OF WAUSAU, a Wisconsin corporation; NATIONWIDE INDEMNITY COMPANY, an Ohio corporation; and DOES 1 though 100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. 3:14-cv-1671-JST<br><br>(PROPOSED) ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE MORE THAN ONE SUMMARY JUDGMENT MOTION AND SETTING DATES FOR FURTHER CASE MANAGEMENT CONFERENCE AND FILING OF JOINT CASE MANAGEMENT STATEMENT<br><br><u>Initial Case Management Conference:</u><br>Hon. Jon S. Tigar<br>Courtroom 9, 19th Floor<br>September 17, 2014<br>2:00 p.m.<br><br>Action filed:     April 10, 2014<br>Discovery cut-off:   none set<br>Trial date:       none set |

The initial case management conference for this matter was held on September 17, 2014. Attorneys Brian R. Paget and Bret A. Stone appeared for Plaintiffs Richard E. Haskins, Arthur L. Haskins, and the Estate of Arthur "Buzz" Haskins, Jr., Deceased. Attorneys Bryan Barber and Sonia Martin appeared (the latter telephonically) for Defendants Employers Insurance Company of Wausau



1  and Nationwide Indemnity Company.

2      Having considered the parties' Joint Initial Case Management Statement (ECF No. 27) and

3  counsel's oral argument at the conference, and good cause appearing, the Court rules as follows:

4      Plaintiffs may file an early summary judgment motion by October 3, 2014. After the motion is

5  decided, a further case management conference will be placed on calendar to determine the remainder

6  of the dates for this case.

7      A further case management conference is set for December 3, 2014 at 2:00 p.m. The parties shall

8  file a Joint Case Management Statement no later than November 19, 2014, unless on or before that date

9  in lieu of a Joint Case Management Statement a request is made to vacate or continue the conference.

10

    APPROVED AS TO FORM:

11

12      DATED: September 23, 2014    PALADIN LAW GROUP® LLP

13

14      By: /s/ _____

15      BRIAN R. PAGET
    Counsel for Plaintiffs Richard E. Haskins,
    Arthur L. Haskins, and The Estate of Arthur

16      "Buzz" Haskins, Jr., Deceased

17

18      DATED: September 23, 2014    BARBER LAW GROUP

19      By: /s/ _____

20

21      BRYAN BARBER
    Counsel for Defendants
    Employers Insurance of Wausau

22      and Nationwide Indemnity Company

23      DATED: September 23, 2014    DENTONS US LLP

24

25      By: /s/ _____

26      SONIA MARTIN
    Counsel for Defendants

27      Employers Insurance of Wausau
    and Nationwide Indemnity Company

28



1
2   IT IS SO ORDERED.
3
4   DATE:   September 24, 2014

