BRYAN BARBER (State Bar No. 118001)
BARBER LAW GROUP
525 University Avenue, Ste. 600
Palo Alto, CA  94301
Telephone:  (415) 273-2930
Facsimile:   (415) 273-2940
Email:  bbarber@barberlg.com

SONIA MARTIN (State Bar No. 191148)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:  (415)_882-5000
Facsimile:  (415) 882-0300
Email:  sonia.martin@dentons.com

Attorneys for Defendants and Counterclaimants
EMPLOYERS INSURANCE OF WAUSAU
and NATIONWIDE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD E. HASKINS, as an individual and as a trustee of the San Bruno Channel Remediation Trust; ARTHUR L. HASKINS, an individual; and ESTATE OF ARTHUR "BUZZ" HASKINS, JR., DECEASED, a deceased individual, by and through his successors in interest, Richard E. Haskins and Arthur L. Haskins,<br><br>Plaintiffs,<br><br>vs.<br><br>EMPLOYERS INSURANCE OF WAUSAU, a Wisconsin corporation; NATIONWIDE INDEMNITY COMPANY, an Ohio corporation; and DOES 1-100,<br><br>Defendants. | No. 3:14-cv-01671-JST<br><br>**(CORRECTED) STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE ON MOTION FOR ENTRY OF JUDGMENT** |

-1-

3:14-cv-01671-MEJ

STIPULATION SETTING HEARING DATE AND BRIEFING SCHEDULE ON MOTION FOR ENTRY OF JUDGMENT

WHEREAS, the Court held a Case Management Conference on October 14, 2015, at which it directed that Defendants will file a motion for entry of judgment to be heard on January 14, 2016 and that the parties should meet-and-confer regarding a proposed briefing schedule;

WHEREAS, after the Case Management Conference, Defendants' counsel realized that she has a conflict on January 14, 2016 because she will be presenting at a CLE conference on that date;

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The hearing on Defendants' motion for entry of judgment should take place on January 21, 2016 or the next date that is convenient for the Court and counsel;

2. Defendants' motion for judgment will be filed on or before November 6, 2015, Plaintiffs' opposition will be filed on or before December 4, 2015, and Defendants' reply will be filed on or before December 18, 2015.

IT IS SO STIPULATED.

DATED: October 27, 2105

PALADIN LAW GROUP® LLP

By: _____/s/ *Brian R. Paget*_____

BRIAN R. PAGET
Counsel for Plaintiffs
Richard E. Haskins
Arthur L. Haskins, and
The Estate of Arthur "Buzz" Haskins, Jr.,
Deceased

DATED: October 27, 2105

BARBER LAW GROUP

By: _____/s/ *Bryan Barber*_____

BRYAN BARBER
Counsel for Defendants
Employers Insurance of Wausau and
Nationwide Indemnity Company

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

DATED: October __, 2105

DENTONS US LLP

By: _____/s/ *Sonia Martin*_____
SONIA MARTIN
Counsel for Defendants
Employers Insurance of Wausau and
Nationwide Indemnity Company

FILER'S ATTESTATION:

Pursuant to Local Rule 5-(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: October 27, 2015

By: _____/s/ *Sonia Martin*_____
SONIA MARTIN

IT IS SO ORDERED

DATED: Qevqdgt"49, 2015

APPROVED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:14-cv-01671-MEJ

-3-

STIPULATION SETTING HEARING DATE AND BRIEFING SCHEDULE ON MOTION FOR ENTRY OF JUDGMENT

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000