UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| RICHARD E. HASKINS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EMPLOYERS INSURANCE OF WAUSAU, et al.,<br><br>          Defendants. | Case No.  14-cv-01671-JST   (EDL)<br><br>**ORDER ON PLAINTIFF RICHARD HASKINS' REQUEST TO EITHER BE EXCUSED FROM PERSONAL APPEARANCE AT THE SETTLEMENT CONFERENCE OR TO CONTINUE THE SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 98 |

On November 2, 2016, this Court issued an order setting a December 10, 2015 settlement conference in this case.  That order specifies that all Parties must attend the settlement conference in person and that "personal attendance is mandatory and will rarely be excused by the Court."  On November 17, 2015, this Court granted the Parties' joint stipulation to continue the settlement conference to February 10, 2016.  On January 28, 2016, Plaintiff Richard Haskins filed a request to either be excused from personal appearance at the settlement conference or to continue the settlement conference, stating that he "booked a vacation with a flight out of SFO scheduled for the morning of the conference."  On January 29, 2016, Defendants opposed Plaintiff's request.

Plaintiff has failed to show good cause for his request and the Court denies his request to be excused from personal attendance at the settlement conference.  Plaintiff's request to continue the settlement conference is denied unless a mutually agreeable date prior to the March 10, 2016 hearing on Defendants' motion for entry of judgment is available.  The Parties are ordered to promptly meet and confer with the Court's courtroom deputy as to available dates and are advised that the Court has very limited availability for a continued settlement conference.  Additionally, the Court will only continue the settlement conference provided that Plaintiff agrees to reimburse

Defendant Employers Insurance of Wasau's representative for all costs associated with changing her flight.

**IT IS SO ORDERED.**

Dated: February 1, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court
Northern District of California