UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. HASKINS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EMPLOYERS INSURANCE OF WAUSAU, et al.,<br><br>    Defendants. | Case No. 14-cv-01671-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | April 20, 2016 |
| Fact discovery cut-off | July 8, 2016 |
| Expert disclosures | July 29, 2016 |
| Expert rebuttal | August 19, 2016 |
| Expert discovery cut-off | September 2, 2016 |
| Deadline to file dispositive motions | September 23, 2016 |
| Pretrial conference statement due | December 6, 2016 |
| Pretrial conference | December 16, 2016 at 2:00 p.m. |
| Trial | January 9, 2017 at 8:30 a.m. |

1   Counsel may not modify these dates without leave of court.  The parties shall comply with
2   the Court's standing orders, which are available at cand.uscourts.gov/jstorders.
3   The parties must take all necessary steps to conduct discovery, compel discovery, hire
4   counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
5   manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their
6   calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.
7   Trial dates set by this Court should be regarded as firm.  Requests for continuance are
8   disfavored.  The Court will not consider any event subsequently scheduled by a party, party-
9   controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
10  a continuance.  The Court will not consider the pendency of settlement discussions as good cause
11  to grant a continuance.
12  IT IS SO ORDERED.
13  Dated:  April 13, 2016

_____
JON S. TIGAR
United States District Judge