UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD E. HASKINS, et al.,

    Plaintiffs,

v.

EMPLOYERS INSURANCE OF WAUSAU, et al.,

    Defendants.

Case No. 14-cv-01671-JST

**ORDER RE: NOTICE OF PARTIAL SETTLEMENT**

Re: ECF No. 113

On July 7, 2016, the parties filed a Notice of Partial Settlement, stating that the parties "have settled the sole remaining unresolved issue in this action . . . ." ECF No. 113 at 1.

Accordingly, all deadlines and hearings in this case are vacated.  By August 10, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.  The Court also hereby sets a case management conference on August 24, 2016, which will be automatically vacated if the stipulation of dismissal is timely filed.  Any continuance of the deadline set in this Order requires a showing of good cause.  Failure to comply with that deadline may result in sanctions.

IT IS SO ORDERED.

Dated: July 12, 2016

                                        JON S. TIGAR
                                    United States District Judge